UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIE TOLLIVER,

                          Plaintiff,

            -against-

DONALD JOHN TRUMP, ET AL.,

                          Defendants.

25-CV-5765 (LLS)

BAR ORDER UNDER
28 U.S.C. § 1651

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. By order dated December 29, 2025, the Court dismissed the action as frivolous and noted that Plaintiff had filed at least five similar actions in federal courts around the country, all of which had been dismissed as frivolous or for failing to comply with pleading standards. (ECF 6.) Based on this litigation history, the Court directed Plaintiff, within 30 days, to show cause by declaration why she should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission from the court to file. The Clerk of Court mailed that order to Plaintiff on December 30, 2025. Plaintiff has not filed a declaration as directed. Accordingly, the Court issues the bar order.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining permission from the court to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking permission to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for permission to file, the action will be dismissed for failure to comply with this order.

The Court directs the Clerk of Court to enter judgment dismissing this action for the

reasons stated in the December 29, 2025 dismissal order. (ECF 6.)

SO ORDERED.

Dated:    March 2, 2026
          New York, New York

                                        _____
                                        LOUIS L. STANTON
                                        U.S.D.J.

2