**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JENNIE TOLLIVER,

                                Plaintiff,

          -against-                                    25 **CIVIL** 5765 (LLS)

                                                     **JUDGMENT**

DONALD JOHN TRUMP, ET AL.,

                             Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2026, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. See 28 U.S.C. § 1915(e)(2) (B)(i). The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining permission from the court to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking permission to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for permission to file, the action will be dismissed for failure to comply with the order; accordingly, the case is closed.

**Dated:** New York, New York

     March 6, 2026

                                        **TAMMI M. HELLWIG**

                                        _____
                                           **Clerk of Court**

               **BY:**          K. mango

                                           _____
                                           **Deputy Clerk**